UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORDAN HARTMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE FARM AUTOMOBILE<br>INSURANCE COMPANY,<br><br>             Defendant. | 2:13-cv-02001-MMD-CWH<br><br>ORDER |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (#13), filed December 18, 2013. The proposed plan does not comply with the requirements of Local Rule 26. The parties do not measure the proposed discovery cutoff date from the date Defendant first appeared, which was the date the matter was removed to this Court. Defendant requests longer timelines for discovery, but does not offer a statement of reasons why longer timelines should apply. Plaintiff requests the "presumptive maximum" of 180 days for discovery, but fails to set forth a discovery cutoff date or the calendar dates upon which other deadlines would fall. Finally, the proposed plan does not comply with the requirements of Local Rule 26-4. The stipulated plan states: "Any stipulation or motion [to extend or modify the scheduling order] must be made not later than . . . 21 days before the discovery cut-off date." The rule plainly requires that requests for extensions be filed no later than 21 days before expiration of "the subject deadline" sought to be extended. Local Rule 26-4. Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (#13) is **denied**.

1    **IT IS FURTHER ORDERED** that the parties' shall submit a new Discovery Plan and Scheduling not later than **Friday, December 27, 2013**.

DATED: December 19, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge